510 S.E.2d 375 (1999)
350 N.C. 59
STATE of North Carolina
v.
Daniel Andre GREEN, a.k.a. As-Saddiq Al-Amin Sallam U'Allah.
No. 256A98.
Supreme Court of North Carolina.
February 5, 1999.
Michael F. Easley, Attorney General, by Gail E. Weis, Assistant Attorney General, and William P. Hart, Special Deputy Attorney General, for the State.
Malcolm Ray Hunter, Jr., Appellate Defender, by Janine Crawley Fodor, Assistant Appellate Defender, Durham, for defendant-appellant.
PER CURIAM.
AFFIRMED.